## UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

In re **PRINZ, DONALD L.**,
            Debtor

Case No. 19-22220
The Honorable Daniel S. Opperman

_____

Chapter 13

Warren J. Rhoads,
         Plaintiff-Creditor,

Adv. Proc. No. _____

v

Donald L. Prinz, aka Don Prinz,
         Defendant-Debtor.

_____/

Matthew L. Frey
Attorney at Law
4901 Towne Centre Rd Ste 315
Saginaw, Michigan 48604
(989) 799-2227
Attorney for Debtor

Thomas W. McDonald, Jr.
3144 Davenport Ave.
Saginaw, Michigan 48602
(989) 792-6766
US Bankruptcy Trustee

Ann Victoria Hopcroft
HOPCROFT LAW PLC
P.O. Box 372
Oscoda, Michigan 48750
989-630-3792
Attorneys for Creditor
Warren J. Rhoads

## COMPLAINT BY CREDITOR WARREN J. RHOADS OBJECTING TO DISCHARGE OF DEBT OF DEBTOR DONALD L. PRINZ PURSUANT TO 11 USC §523(a)(2)

CREDITOR, WARREN J. RHOADS, by and through his attorneys HOPCROFT LAW PLC by Ann Victoria Hopcroft, complains against the Debtor as follows:

1. Jurisdiction is proper in this Court, where Debtor has sought Chapter 13 bankruptcy court protection against this Creditor in Case No. 19-

1

22220.

2. Pursuant to 11 USC § 523 (a)(2), the debt of Debtor to Creditor Rhoads is not dischargeable, since it is based upon a judgment which by its terms is "a result of misrepresentation and fraudulent misconduct of Don Prinz."

3. The said judgment was obtained in *Prinz v. Rhoads*, Circuit Court for the County of Iosco, State of Michigan, Case No. 08-4521-CZ on 9/13/2010 in the amount of $211,195.75.

4. A copy of the judgment is attached hereto as Exhibit A and by this reference made a part hereof.

5. Creditor Rhoads's affidavit is filed herewith as Exhibit B and by this reference made a part hereof.

WHEREFORE, Creditor Rhoads prays that this Court issue its order denying discharge of the subject debt, together with such other relief as shall be proper in the circumstances.

Respectfully submitted,

HOPCROFT LAW PLC

By: _____
Ann Victoria Hopcroft
Michigan State Bar No. P34150
P.O. Box 372
Oscoda, Michigan 48750
989-630-3792
Attorneys for Creditor Rhoads

Dated: February 7, 2020

2