United States Bankruptcy Court

Eastern District Of Michigan – Northern Division

| | | |
|---|---|---|
| In re DONALD L. PRINZ, ) | Case No. 19-22220-dob |
| Debtor ) | |
| WARREN J. RHOADS, | |
| Plaintiff ) | Adversary Proceeding: |
| v ) | 20-02009-DOB |
| DONALD L. PRINZ. ) | Chapter |
| Defendant ) | <u>13</u> |

_____)

MATTHEW L. FREY (P68239)  
Attorney for Debtor/Defendant  
4901 Towne Centre Road, Suite 315  
Saginaw, MI 48604  
989-799-2227  
mfrey@matthewfreylaw.com

HOPCROFT LAW PLC  
Ann Victoria Hopcroft (P34150)  
Attorney for Creditor/Plaintiff  
PO Box 372  
Oscoda, MI 48750  
989-630-3792

_____)

## **ANSWER TO PLAINTIFF'S COMPLAINT OBJECTING TO DISCHARGE OF DEBT OF DEBTOR DONALD L.PRINZ PURSUANT TO 11 USC §523(a)(2)**

1. Defendant agrees with the statement in paragraph one.

2. Defendant denies the statement in paragraph two as the judgment is a default judgment which by its own terms states that Donald L Prinz did not respond to the counter-complaint upon which the default judgment was granted indicating a lack of litigation on the merits and Defendant believes he has a meritorious defense in the action at issue.

3. Defendant agrees with the statement in paragraph three in that was the forum that granted the above-mentioned default judgment.

4. Paragraph four is a statement and needs no response.

5. Paragraph five is a statement and needs no response.

WHEREFORE, Defendant prays that this Honorable Court deny all relief requested by Plaintiff, grant the Debtor his discharge as to this debt upon completion of his Chapter 13 Plan, and award attorney fees to his attorney.

Respectfully submitted,

By: /s/ Matthew L. Frey
MATTHEW L. FREY (P68239)
4901 Towne Centre Road, Suite 315
Saginaw, MI 48604
(989) 799-2227
mfrey@matthewfreylaw.com

Dated: February 24, 2020