United States Bankruptcy Court

Eastern District Of Michigan – Northern Division

| | | |
|---|---|---|
| In re    DONALD L. PRINZ, ) | Case No. 19-22220-dob |
| Debtor ) | |
| WARREN J. RHOADS, | |
| Plaintiff ) | Adversary Proceeding: |
| v ) | 20-02009-DOB |
| DONALD L. PRINZ. ) Defendant ) | Chapter <u>13</u> |

| | |
|---|---|
| MATTHEW L. FREY (P68239) | HOPCROFT LAW PLC |
| Attorney for Debtor/Defendant | Ann Victoria Hopcroft (P34150) |
| 4901 Towne Centre Road, Suite 315 | Attorney for Creditor/Plaintiff |
| Saginaw, MI 48604 | PO Box 372 |
| 989-799-2227 | Oscoda, MI 48750 |
| mfrey@matthewfreylaw.com | 989-630-3792 |

## **ANSWER TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

DEFENDANT, by and through his attorney, in answer to Plaintiff's Motion for Summary Judgment pursuant to § 523(a)(2)(A) states as follows:

1. Defendant agrees with the statement in paragraph one.

2. Defendant agrees with the statement in paragraph two.

3. Defendant agrees with the statement in paragraph three, however there is a requirement that the false representation or actual fraud must have been justifiably relied upon to become non-dischargeable.

4. Defendant denies the statement in paragraph four as nowhere does it seem to appear there was a finding of justifiable reliance upon the technical misrepresentations of the Debtor by the Plaintiff.

5. Defendant denies the statement in paragraph five.

6. Defendant believes there is an issue of material fact which prevents the judgment from being given legal effect.

7. Defendant believes Plaintiff is not entitled to summary judgment as a matter of law.

WHEREFORE, Defendant prays that this Honorable Court deny all relief requested by Plaintiff, grant the Debtor his discharge as to this debt upon completion of his Chapter 13 Plan, and award attorney fees to his attorney.

Respectfully submitted,

By: /s/ Matthew L. Frey
MATTHEW L. FREY (P68239)
4901 Towne Centre Road, Suite 235
Saginaw, MI 48604
(989) 799-2227
mfrey@matthewfreylaw.com

Dated: March 12, 2021