UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

In re **PRINZ, DONALD L.**,
    Debtor

Case No. 19-22220
The Honorable Daniel S. Opperman

Chapter 13

Warren J. Rhoads,
    Plaintiff-Creditor,

**Adv. Proc. No. 20-02009-DOB**

v

Donald L. Prinz, aka Don Prinz,
    Defendant-Debtor.
_____/

Thomas W. McDonald, Jr., P32464
3144 Davenport Ave.
Saginaw, Michigan 48602
(989) 792-6766
U.S. Bankruptcy Trustee

Matthew L. Frey, P68239
Attorney at Law
4901 Towne Centre Rd Ste 235
Saginaw, Michigan 48604
(989) 799-2227, 297-1560
Attorney for Debtor

Ann Victoria Hopcroft, P34150
HOPCROFT LAW PLC
P.O. Box 372
Oscoda, Michigan 48750
989-630-3792
Attorneys for Creditor Warren J. Rhoads

## ORDER GRANTING SUMMARY JUDGMENT

At a session of said Court held in the Bankruptcy Court,
at 111 First Street, Bay City, Michigan, on the
31st day of March, 2021,

THE HONORABLE DANIEL S. OPPERMAN, Presiding.

    THIS MATTER came before the Court on the Motion for Summary Judgment by the Plaintiff seeking determination by the Court that the debt of Defendant to Plaintiff is not dischargeable pursuant to 11 USC § 523(a)(2)(A).

    THE COURT, having received the briefs of the parties, and having heard argument from their counsel,

    FINDS that jurisdiction is proper, that the within matter constitutes a core proceeding, and there is no genuine issue of material fact to prevent the grant of summary judgment as a matter of law; and

    HOLDS that the collateral estoppel doctrine applies to give preclusive effect herein to the Judgment of the 23rd Circuit Court for the State of Michigan

1

in Case No. 08-4521-CZ, and

      THE COURT ORDERS that the said state court judgment shall prevent discharge of the debt of Debtor Donald Prinz to Creditor Warren Rhoads pursuant to 11 USC § 523(a)(2)(A); and

      THE COURT ORDERS that summary judgment is granted, that Debtor-Defendant Donald Prinz shall hereafter remain indebted to Creditor-Plaintiff in the amount of $211,195.75, with credit against said debt being given for payments made in the subject Chapter 13 proceeding, Case No. 19-22220.

Approved as to form:

_____
Matthew L. Frey, P68239
Attorney for Defendant-Debtor Donald L. Prinz

Drafted by:
Ann Victoria Hopcroft, P34150
Attorney for Plaintiff-Creditor Warren J. Rhoads

**Signed on April 5, 2021**

/s/ Daniel S. Opperman
_____
**Daniel S. Opperman**
**United States Bankruptcy Judge**

2

20-02009-dob   Doc 39   Filed 04/05/21   Entered 04/05/21 15:43:11   Page 2 of 2